ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*212.898.4011*
*michael.bernstein@sedgwicklaw.com*

August 18, 2015

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
(212) 805-0296

Re:  *Sherry Isenberg v. Metropolitan Life Insurance Company*
     Civil Action No.: 1:15-cv-5425 (GHW)
     File No. 00584-007789

Dear Judge Woods:

   This office represents the Defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced action. MetLife respectfully requests that its time to file an answer in response to Plaintiff Sherry Isenberg's ("Isenberg") Complaint be extended to September 21, 2015. Defendant's response to the Complaint is currently due to be filed by August 20, 2015. The reason for the request is that this firm was recently retained to defend MetLife in this matter and needs time to prepare its response to the Complaint. This extension is also required because the client representative is recovering from surgery and not available to review and approve the Answer. As such, MetLife requires a 30 day extension of time to serve and file its Answer. This is MetLife's first request for an extension of time to serve and file its Answer. Plaintiff's counsel consents to the request for this extension of time and the extension will not change or affect any previously scheduled dates set by the Court.

   Thank you for your attention to this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc: (*Via ECF*)
Andrew N. Bourne
Hoguet Newman Regal & Kenney, LLP
10 East 40th Street
New York, NY 10016
*Attorney for the Plaintiff*