**ATTORNEYS AT LAW**
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK   10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*212.898.4011*
*michael.bernstein@sedgwicklaw.com*

September 18, 2015

(*Via ECF*)
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
(212) 805-0296

Re:   *Sherry Isenberg v. Metropolitan Life Insurance Company*
      Civil Action No.: 1:15-cv-5425 (GHW)
      File No. 00584-007789

Dear Judge Woods:

      This office represents the Defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced action. We write to request a brief adjournment of the Initial Conference currently scheduled for September 25, 2015 to the next date mutually available date for the parties and the Court.

      By Order dated July 22, 2015, this Court scheduled the Initial Conference in this matter for September 25, 2015. Unfortunately, I am scheduled to appear at a court ordered deposition in another matter on that day and thus, cannot attend the Initial Conference. Therefore, MetLife respectfully requests that the Initial Conference be adjourned to the next mutually available date for the parties and the Court. This is MetLife's first request for an adjournment of the Initial Conference. Plaintiff's counsel does not consent to this request because the plaintiff has advised him that she does not want this matter to be delayed. MetLife's request for an adjournment will not change or affect any previously scheduled dates set by the Court.

      Thank you for your attention to this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc: (*Via ECF*)
Andrew N. Bourne
Hoguet Newman Regal & Kenney, LLP
10 East 40th Street
New York, NY 10016
*Attorney for the Plaintiff*