UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHERRY ISENBERG,                                            15 CV 5425 (GHW)

                                 Plaintiff,

                                                                **RULE 7.1 DISCLOSURE**
         -against-                                          **STATEMENT**

METROPOLITAN LIFE INSURANCE
COMPANY,                                                     DOCUMENT
                                                                 ELECTRONICALLY FILED

                                 Defendant.
---------------------------------------------------------------X

        The undersigned, counsel of record for Defendant METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

        1.        Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated:  New York, New York
            September 21, 2015

                                          Yours, etc.

                                          SEDGWICK LLP

                                          s/ _____
                                          MICHAEL H. BERNSTEIN (MB-0579)
                                          SEDGWICK LLP
                                          225 Liberty Street, 28th Floor
                                          New York, New York 10281-1008
                                          T:  212.422.0202 **|** F:  212.422.0925
                                          *Attorneys for Defendant*
                                          *METROPOLITAN LIFE INSURANCE COMPANY*

TO:    Andrew N. Bourne
         Hoguet Newman Regal & Kenney, LLP
         10 East 40th Street
         New York, NY 10016
         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Rule 7.1 Disclosure Statement** was served **ECF** on September 21, 2015, upon the following:

Andrew N. Bourne
Hoguet Newman Regal & Kenney, LLP
10 East 40th Street
New York, NY 10016
Attorney for Plaintiff

Dated:    New York, New York
            September 21, 2015

                                                  s/ _____
                                                       Matthew P. Mazzola (MM-7427)