USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                  :

SHERRY ISENBERG,                  :

                                  :

               Plaintiff,  :               

                                  :            1:15-cv-5425-GHW

       -against-      :

                                  :      ORDER OF REFERENCE TO A

METROPOLITAN LIFE INS. CO.,  :       MAGISTRATE JUDGE

               Defendant. :

                                  :

-----------------------------------------------------------X
-

        The above entitled action is referred to Magistrate Judge Peck for the following purpose:

\_\_\_ General pretrial (includes scheduling,      \_\_\_ Consent under 28 U.S.C. § 636(c) for
     discovery, non-dispositive pretrial               limited purpose (*e.g.*, dispositive motion,
     motions, and settlement)                  preliminary injunction)
                                               Purpose: _____

\_\_\_ Specific non-dispositive motion/dispute:
     _____     \_\_\_ Habeas corpus
     _____
     _____     \_\_\_ Social Security

     If referral is for discovery disputes when    \_\_\_ Dispositive motion (*i.e,*. motion
     the District Judge is unavailable, the time        requiring Report and Recommendation)
     period of the referral: _____

                                                Particular motion:
 **x**  Settlement                              _____
                                              _____
\_\_\_ Inquest after default/damages hearing         _____

\_\_\_ Consent under 28 U.S.C. § 636(c) for all     All such motions: _____
     purposes (including trial)

       SO ORDERED.

                                  _____
Date:   September 29, 2015               GREGORY H. WOODS
       New York, NY                 United States District Judge