AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Sherry Isenberg | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-5425(GHW) |
| Metropolitan Life Insurance Company | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metropolitan Life Insurance Company.

Date:  09/29/2015

s/Matthew P. Mazzola
*Attorney's signature*

Matthew P. Mazzola (MM-7427)
*Printed name and bar number*

225 Liberty Street, 28th Floor
New York, NY 10281
*Address*

matthew.mazzola@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*