UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Sherry Isenberg

                    Plaintiff,

       -against-

Metropolitan Life Insurance
Company               Defendant.
-------------------------------------------------------

Case No.   15-cv-5425(GHW)

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Andrew N. Bourne**

FILL IN ATTORNEY NAME

My SDNY Bar Number is: AB-9774     My State Bar Number is 4172003

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Bourne & Zakheim LLP
                 FIRM ADDRESS: 733 Third Avenue, New York, NY 10017
                 FIRM TELEPHONE NUMBER: (646) 790-5850
                 FIRM FAX NUMBER: (646) 355-2882

NEW FIRM:     FIRM NAME: Hoguet Newman Regal & Kenney, LLP
                 FIRM ADDRESS: 10 East 40th Street, New York, NY 10016
                 FIRM TELEPHONE NUMBER: (212) 689-8808
                 FIRM FAX NUMBER: (212) 689-5101

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: November 9, 2015            /s/ Andrew N. Bourne
                                 ATTORNEY'S SIGNATURE