UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHERRY ISENBERG,
                Plaintiff,                      15 Civ. 5425 (GHW)(AJP)

       -against-

                                         **ORDER OF DISMISSAL ON CONSENT**

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on November 24, 2015, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:        New York, New York
                      November 24, 2015

                                                 _____
                                                 **Andrew J. Peck**
                                                 United States Magistrate Judge

Copies **ECF** to:        All Counsel
                          Judge Gregory Woods

C:\ORD\DISMISS